## <u>AFFIDAVIT IN SUPPORT OF AN</u>
## <u>APPLICATION FOR A CRIMINAL COMPLAINT</u>

I, Juan E. Batista Aybar, being first duly sworn, do here by depose and state that:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Customs and Border Protection Enforcement Officer with the Department of Homeland Security, stationed out of the Luis Muñoz Marín International Airport, in Carolina, Puerto Rico, assigned to investigate violations of Immigration Laws and Criminal Laws of the United States.

2. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation, only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. This affidavit is submitted in support of a criminal complaint charging Xiaolan Kang with: (1) Stowaway on a vessel in violation of 18 U.S.C. § 2199, and (2) Improper entry by alien in violation of 8 U.S.C. § 1325(a).

### PROBABLE CAUSE

4. On or about May 22, 2026, in the territorial sea of the United States, an alien identified as Xiaolan Kang, a citizen of China, was found attempting to enter the United States through the Port of San Juan as a stowaway on board *Charlotte Bridge* Barge, which was being transported by Tugboat *Southern Dawn* from the Port of Jacksonville, Florida, to the Port of San Juan, Puerto Rico.

5. The apprehension resulted from a search conducted by the United States Coast Guard, after law enforcement detected stowaways on the deck of *Charlotte Bridge* Barge.

6. The United States Coast Guard interdicted *Charlotte Bridge* Barge and Tugboat *Southern Dawn* outside the San Juan Bay, within the territorial sea of the United States, and located Xiaolan Kang along with seven other individuals on the deck of *Charlotte Bridge* Barge.

7. Through interviews with the individuals found with Xiaolan Kang, as well as the crew of Tugboat *Southern Dawn*, law enforcement officers learned that during the voyage *Charlotte Bridge* Barge and Tugboat *Southern Dawn* transited near the Dominican Republic at which point Xiaolan Kang, and the others, boarded *Charlotte Bridge* Barge without the consent of the owner, charterer, master, or person in command of *Charlotte Bridge* Barge or Tugboat *Southern Dawn*, and with the intent to be transported to San Juan, Puerto Rico.

8. Xiaolan Kang was taken to the U.S. Customs and Border Protection facilities for processing and repatriation to China.

9. During this process, Xiaolan Kang's fingerprints were submitted to the FBI for examination and comparison, the examination did not disclose a match.

10. Xiaolan Kang was read her Miranda rights, and she did not waive her right to an attorney.

11. Law enforcement confirmed Xiaolan Kang is a citizen and national of China and an alien with no authorization or legal status permitting him to enter or be present in the United States.

## CONCLUSION

12. Based upon my training, experience, and participation in this investigation, I believe probable cause exists that Xiaolan Kang boarded *Charlotte Bridge* Barge, which was being transported by Tugboat *Southern Dawn*, near the Dominican Republic, without the consent of the owner, charterer, master, or the person in command, with the intent to be transported to Puerto Rico, and was subsequently

2

thereon outside of the San Juan Bay within the territorial sea of the United States in violation of 18 U.S.C. § 2199.

13. I further believe probable cause exists that Xiaolan Kang attempted to enter the United States at a time and place other than as designated by immigration officers in violation of 8 U.S.C. § 1325(a).

Respectfully submitted,

Juan E. Batista Aybar
Enforcement Officer
US Customs and Border Protection

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at __12:24 p.m.__ on this 26th day of May 2026, in San Juan, Puerto Rico.

HON. HÉCTOR RAMOS VEGA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO

3